# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC,** | § | **Civil Action No. 6:22-cv-00520-ADA** |
| | § | |
| **Plaintiff,** | § | |
| | § | **Jury Trial Requested** |
| **v.** | § | |
| | § | |
| **D-LINK CORPORATION** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## <u>SCHEDULING ORDER</u>

On August 11, 2022 (fourteen days after the filing date of the Case Readiness Status Report, Dkt. No. 16), a case management conference in the above entitled and numbered case was deemed to occur. All parties appeared through counsel. Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| October 20, 2022 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| November 17, 2022 | Parties exchange claim terms for construction. |
| December 1, 2022 | Parties exchange proposed claim constructions. |

| December 8, 2022 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[1] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| --- | --- |
| December 15, 2022 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| February 2, 2023 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| February 23, 2023 | Plaintiff files Responsive claim construction brief. |
| March 9, 2023 | Defendant files Reply claim construction brief. |
| March 9, 2023 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| March 23, 2023 | Plaintiff files a Sur-Reply claim construction brief. |
| March 28, 2023 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| March 27, 2023 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| April 6, 2023 (or as soon as practicable)[2] | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| April 7, 2023 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| May 18, 2023 | Deadline to add parties. |
| June 1, 2023 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| July 27, 2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| October 5, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |

---

[1] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.
[2] All deadlines hereafter follow the original Markman hearing date and do not change if the Court delays the Markman hearing.

| | |
|---|---|
| October 26, 2023 | Close of Fact Discovery. Fact discovery must be completed by this date. Any fact discovery requests must be propounded so that the responses are due by this date. |
| November 2, 2023 | Opening Expert Reports. |
| December 7, 2023 | Rebuttal Expert Reports. |
| January 18, 2023 | Close of Expert Discovery. |
| January 25, 2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| February 1, 2024 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| February 15, 2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| February 29, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| March 7, 2024 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| March 7, 2024 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| March 21, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| March 28, 2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| April 8, 2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| April 11, 2024 (or as soon as practicable) | Final Pretrial Conference. Held in person unless otherwise requested. |

| May 2, 2024 (or as soon as practicable) [3] | Jury Selection/Trial. |
|---|---|

SIGNED this _____ day of _____, 20____.

 

 

_____

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[3] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.